FILED '09 FEB 02 12:36 USDC-ORM

IN THE UNITED STATES DISTRICT COURT OF WESTERN OREGON

CIVIL ACTION # 09-3006CL

WILLIAM PATRICK
    PLAINTIFF
V
ROGER MEADER, INTERIM, OF COOS CURRY ELECTRIC,
DAN McKINNY ATTORNEY.
    DEFENDANTS

TITLE
CONSTITUTION VIOLATIONS,
JURY TRIAL REQUESTED.

COMPLAINT

1. PLAINTIFF WILLIAM PATRICK BY PRO SE BRINGS THIS ACTION TO OBTAIN REDRESS FOR THE DEPRIVATION AND TO DEPRIVE PLAINTIFF OF HIS FEDERALLY PROTECED RIGHTS AS HEREAFTER ALLEGED CONSTITUTION VIOLATION, (18 USC. SEC. 241) (42 USC. SEC. 1983 1985) (28 USC. SEC. 1343).

JURISDICTION

2. THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO (A)(28 USC SEC 1331) BECAUSE THE CASE ARISES UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, (b)(28 USC. SEC. 1343) BECAUSE THIS ACTION SEEK REDRESS AND DAMAGES FOR VIOLATIONS OF, (42 USC. SEC. 1983 AND SEC 1985) AND IN PARTICULAR THE DUE PROCESS AND EQUAL PROTECTION PROVISTION OF THE UNITED STATES CONSTITUTION INCLUDING THE RIGHTS PROECTED IN THE FIFTH AND FOURTEENTH AMENDMENTS THEREOF, AND (c)(28 U S.C. SEC. 1232) THIS IS A CIVIL ACTION INVOLVING EXCLUSIVE OF INTEREST AND COSTS A SUM IN EXCESS OF $ 50.000.00.

VENUE

3. VENUE IS APPROPRIATE IN THIS JUDIEIAL DISTRICT UNDER (28 USC. 1391) (b) BECAUSE DEFENDANTS RESIDE HERE AND ALL PARTS OF THE EVENTS GIVING RISE TO THIS COMPLAINT OCCURRED HERE.

#1528

PAGE 1

## THE PARTIES

4. PLAINTIF WILLIAM PATRICK HERE AFTER PATRICK IS A CITIZEN OF THE STATE OF OREGON.
5. DEFENDANTS ROGER MEADER AND DAN Mc KINNY ARE CITIZEN OF THE STATE OF OREGON.

## FACTS

6. I BOUGHT A LOT IN 1993, IN 2003 THE STATE OF OREGON PROTECTS MY LOT WITH A STATUTE OF LIMITATION. (ORS 12.140)
7. IN 2008 ROGER MEADER + DAN Mc KINNY OF COOS CURRY ELECTRIC THE DEFENDANTS FILLED A CLAIM SAYING A MISTAKE WAS MADE IN 1957. I TOLD THEM OF THE LIMITATION FOR THIS ACTION, THEY DISREGARD MY CLAIM, THERE DISREGARD MAKES IT A CRIME TO WILLFULLY DEPRIVE A PERSON OF FEDERAL RIGHTS WHILE ACTING UNDER STATE LAW (18 U.S.C. SEC 241).

## COUNT 1

8. DEPRAVATION OF CONSTITUTIONALR RIGHTS AND PRIVILEG (42 USC SE 1983)
9. PLAINTIFF IS ENTITLED TO THE EQUAL PROTECTION OF THE LAWS UNDER THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION AND DUE PROCESS OF LAW UNDER THE FIFTY AND FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.
10. DEFENDANT ROGER MEADER + DAN Mc KINNY ACTING UNDER COLOR OF STATE LAW DISCRMINATED AGAINST PLAINTIFF AND THIS DEPRIVED PLAINTIFF OF HIS RIGHT TO EQUAL PROTECTION OF THE LAW, PLAINTIFF AS A CITIZEN OF OREGON IS ENTITLED TO DUE PROCESS PROTECTION WITH OUT JEOPARDIZER HIS PROPERTY INTEREST.

## RELIEF REQUESTED

11. PLAINTIFF REQUESTS THE FOLLOWING RELIEF JUDGMENT AGAINST THE DEFENDANT IS TO BE THE COURT STANDARD.
I AM ASKING THE COURT TO BRING MY DEED BACK THE WAY IT WAS IN 1993 WHEN I BOUGHT THE LOT AND PAY ALL COST.

## VERIFICATION

12. I HAVE READ THE COMPLAINT AND ALL FACTS ARE TRUE TO THE BEST OF MY KNOWLEDGE.

*William Patrick*
26230 Myers Creek Rd
Gold Beach OR
97444
PO Box 147 Mailing

PAGE 2

1993 INSTRUMENT 93 05266

## WARRANTY DEED (INDIVIDUAL)

ID#138746

JOHN BARTLETT, as an estate in fee simple, hereinafter called grantor, convey(s) to WILLIAM H. PATRICK, as an estate in fee simple, all that real property situated in the County of CURRY, State of Oregon, described as:

All that portion of the Southeast Quarter (SW¼) [SW] of the Northeast Quarter (NE¼) of Section Six (6), Township Thirty-eight (38) South, Range Fourteen (14) West, Willamette Meridian, Curry County, Oregon, lying West of the Westerly boundary of the Old Oregon Coast Highway.

500

and covenant(s) that grantor is the owner of the above described property free of all encumbrances except:

- 1993-94 taxes, a lien in an amount to be determined, but not yet payable.
- the rights of the public in and to that portion of the herein described property lying within the limits of public roads or highways.
- an easement created by instrument including the terms and provisions thereof recorded October 27, 1942 in Deed Volume 27, pages 191-192.

and will warrant and defend the same against all persons who may lawfully claim the same, except as shown above.

The true and actual consideration for this transfer is $9,500.00.

Dated this 23 day of September, 1993.

THIS INSTRUMENT WILL NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY APPROVED USES.

X JOHN BARTLETT

STATE OF OREGON, County of Linn ) ss.

September 23, 1993, 1993 personally appeared the above named JOHN BARTLETT and acknowledged the foregoing instrument to be his/her voluntary act and deed.

Before me:
Notary Public for Oregon

My Commission Expires: May 18, 1994

The dollar amount should include cash plus all encumbrances existing against the property to which the property remains subject or which the purchaser agrees to pay or assume.

Return To:
CURRY COUNTY TITLE, INC.
P.O. Box 672-Gold Beach, OR 97444

---

WARRANTY DEED (INDIVIDUAL)
JOHN BARTLETT

TO

WILLIAM H. PATRICK
William H. Patrick

Return To:

Curry County Title, Inc.
P.O. Box 672
Gold Beach, OR 97444

1993 INSTRUMENT 93 05266

STATE OF OREGON
COUNTY OF CURRY

I RENEE KOLEN, COUNTY CLERK, CERTIFY THAT THE WITHIN DOCUMENT WAS RECEIVED AND DULY RECORDED IN THE OFFICIAL RECORDS OF CURRY COUNTY AT

09:23 ON 10-01-93

BY: MW   DEPUTY
FEE $ 30.00
# PAGES: 1


Curry County Title, Inc.

P.O. Box 672
29820 Ellensburg Ave.
Gold Beach, OR 97444


Dave Little
Manager